IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| LOSA M. LAFAELLE, | Civil No. C09-0496-JCC-MAT |
|---|---|
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER AMENDING THE SCHEDULING ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including October 21, 2009, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including November 4, 2009, to file an optional reply brief

DATED this 15th day of October, 2009.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ KATHRYN A. MILLER    WSB # 21979
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-2240
FAX: (206) 615-2531
kathryn.a.miller@ssa.gov

Page 1     ORDER - [C09-0496-JCC-MAT]