**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| LOSA LAFAELLE,<br><br>        Plaintiff,<br><br> vs.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant | Case No.: C09-0496-JCC-MAT<br><br><br><br>ORDER FOR REVISION OF BRIEFING SCHEDULE<br><br>*Clerk's Action Required*<br>*Noted for 11/5/09* |

## **ORDER**

Based upon plaintiff's counsel's declaration and the stipulation of the parties, it is hereby Ordered that due date for Plaintiff's optional Reply Brief shall be extended one day to November 5, 2009.

Dated this <u>17th</u> day of November, 2009.

            <u>s/ Mary Alice Theiler</u>
            United States Magistrate Judge

Presented by:
<u>s/Rosemary B. Schurman</u>
Rosemary B. Schurman, WSBA 11451
Attorney for Plaintiff

Agreed for entry:
<u>S/Rosemary B. Schurman</u> for (per authorization)
Katherine A. Miller
Office of General Counsel. Attorney for Defendant

ORDER re: Briefing Schedule Revision-page 1

**Rosemary B. Schurman, WSBA 11451
Attorney at Law
8123NE 115 Way
Kirkland, WA 98034
425-821-8577/fax 425-821-5714**