Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LOSA M. LAFAELLE,

        Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

C09-0496-JCC

**ORDER**

    This matter comes before the Court on the report and recommendation of the Honorable Mary Alice Theiler, United States magistrate judge. (Dkt. No. 28). Having reviewed the relevant record, the Court hereby ADOPTS the report and recommendation, and thereby AFFIRMS the decision of the Commissioner.

    The Clerk shall send copies of this order to counsel and to Magistrate Judge Theiler.

    SO ORDERED this 25th day of March, 2010.

_____
JOHN C. COUGHENOUR
United States District Judge

ORDER, C09-0496-JCC
Page 1